FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 JUL 23 PM 1: 20

[signature]
CLERK
SO. DIST. OF GA

# United States District Court
# for the Southern District of Georgia
# Statesboro Division

UNITED STATES OF AMERICA,     *
                                          *

v.                                       *        CR 615-005
                                          *

JOSEPH DEAN GARCIA,        *
                                          *

      Defendant.               *

## ORDER

      Before the Court is Joseph Garcia's motion to modify sentence, dkt. no. 44, wherein Garcia requests early termination of his supervised release term and an accompanying evidentiary hearing.

      On December 16, 2015, Garcia appeared before the Court and was sentenced after pleading guilty to the offense of conspiracy to commit wire fraud (Count 1), in violation of 18 U.S.C. §§ 371, 1343.  The Court sentenced Garcia to 37 months' imprisonment with the Bureau of Prisons, followed by three years' supervised release.  Garcia commenced the term of supervised released on October 18, 2017.

      Garcia now requests early termination of his supervised release, indicating he has complied with the conditions of his supervision.  He has served approximately 21 months of his 36-month term of supervision.

AO 72A
(Rev. 8/82)

While the Court commends Garcia for maintaining satisfactory conduct since his release, the Court must carefully weigh a favorable adjustment to his supervision against his offense of conviction. Accordingly, the Court **DENIES** Garcia's motion. Dkt. No. 44.

**SO ORDERED** this 23 day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA